United States District Court
District Court
Exhibits Log: 26-CR-030-1 (PAD Arraignment and Detention Hearing
USA v. Garcia-De Jesus et al, Christian Garcia-De Jesus (1)., 1/29/2026

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Gov-1 | Video from defendant`s #1 phone, testing what appears to be an automatic weapon with defendant #2. | No | 1/29/2026 12:00 AM | 1/29/2026 12:00 AM |
| Gov-2 | Photo of all the items seized at defendant #1 residence. | No | 1/29/2026 12:00 AM | 1/29/2026 12:00 AM |
| Gov-3 | Photo of items seized including defendant #2 weapons and ammunition. | No | 1/29/2026 12:00 AM | 1/29/2026 12:00 AM |
| Gov-4 | Photo of the items seized including more magazines and guns. | No | 1/29/2026 12:00 AM | 1/29/2026 12:00 AM |
| Gov-5 | Photo of the amount of cash seized, and additional weapons. | No | 1/29/2026 12:00 AM | 1/29/2026 12:00 AM |