**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>*Plaintiff,*<br><br>v.<br>JENSEN VAZQUEZ-SANTIAGO,<br>*Defendant.* | CRIMINAL NO. 26-30-02 (PAD) |

MOTION REQUESTING TO BE EXCUSED

TO THE HONORABLE COURT:

COMES NOW defendant Jensen Vazquez-Santiago and, through his undersigned counsel, respectfully states and prays as follows:

1. A Status Conference was set for this morning at 9:30 a.m. The undersigned was not able to attend the same. We were unable to make the Status Conference on time because we forgot to set the alarm on our phone. Upon realizing this, the undersigned tried to call counsel Robert Millan, who represents the co-defendant, to no avail. We then called AUSA Corinne Cordero-Romo and asked her to please excuse me. We also discussed the current status of the case, including discovery provided, etc. We sincerely ask the Court to excuse our non-appearance, as this was unintentional. We did not file this motion yesterday, as we were without electric power at our home-office until late yesterday.

2. The undersigned will abide by any time line set by the Court.

*United States v. Jensen Vazquez-Santiago,*
Criminal No. 26-30-02 (PAD)

WHEREFORE defendant Jensen Vazquez-Santiago requests that the Honorable Court excuse our failure to appear at the Status Conference held on May 8, 2026.

I hereby certify that on this date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will notify all parties of record.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 9th day of May, 2026.

*Counsel for Jensen Vazquez-Santiago:*

LAW OFFICES OF THOMAS R. LINCOLN
Post Office Box 363852
San Juan, PR 00936-3852
Telephone (787) 593-8803
lincolnlaw@gmail.com

s/ Thomas R. Lincoln
Thomas R. Lincoln
USDC-PR 125509